493

Opinion by COLE, J. It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Roovers Bros., Inc.* v. *United States* (23 Cust. Ct. 53, C. D. 1190). The claim of the plaintiff was therefore sustained.

**No. 56714.**—E. R. Squibb & Sons *v.* United States, protests 93893–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cornmint oil the same in all material respects as that the subject of *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476), the claim of the plaintiff was sustained.

**No. 56715.**—McKesson & Robbins, Inc. *v.* United States, protest 125051–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cornmint oil the same in all material respects as that the subject of *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476), the claim of the plaintiff was sustained.

**No. 56716.**—A. Maschmeijer, Jr., Inc., et al. *v.* United States, protests 127281–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cornmint oil the same in all material respects as that the subject of *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 27, 1952

**No. 56717.**—Fred D. Parker *v.* United States, protest 146921–K (Minneapolis).

Opinion by LAWRENCE, J. From an examination of the papers in the case, the court found nothing therein tending in any way to overcome the presumption of correctness which attached to the decision of the collector. The protest was therefore overruled.

**No. 56718.**—W. W. White, Esso Export Corp. and Overton & Co. *v.* United States, protest 177587–K (New York).